United States District Court
Southern District of Texas
**ENTERED**
March 04, 2020
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ALCLAIR WHITE, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-19-187 |
| | § | |
| CHEVRON PHILLIPS CHEMICAL CO., LP, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The court orders Mr. Dennis Duffy to file an affidavit or declaration setting out his account of the events raised as the basis for sanctions, and to show cause why sanctions should not be entered. His affidavit or declaration is due on **March 18, 2020**.

SIGNED on March 4, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge