United States District Court
Southern District of Texas
**ENTERED**
March 12, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALCLAIR WHITE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-19-187 |
| | § | |
| CHEVRON PHILLIPS CHEMICAL CO., LP, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The court orders A. Martin Wickliff, Esq., to file, under seal, an affidavit or declaration setting out his account of the events of September 23, 2019, raised as the basis for sanctions against Dennis Duffy, Esq. The affidavit or declaration must be filed and produced to counsel of record for attorneys' eyes only by **March 20, 2020**.

Counsel for Chevron must ensure that Mr. Wickliff receives this order even if it appears that the court has provided it.

SIGNED on March 12, 2020, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge